NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**IMPRESSION PRODUCTS, INC.,**
*Defendant-Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**
*Defendants*

---

2014-1617, 2014-1619

---

Appeals from the United States District Court for the Southern District of Ohio in No. 1:10-cv-00564-MRB, Judge Michael R. Barrett.

---

**O R D E R**

---

Oral argument en banc for this appeal is scheduled for October 2, 2015 at 11:00 a.m. in courtroom 201. This appeal will have 30 minutes per side for a total argument time of one hour. The parties shall notify the court by ECF filing by September 2, 2015 of the names of the counsel who will present oral argument.

FOR THE COURT

 June 22, 2015           /s/ Daniel E. O'Toole
     Date                  Daniel E. O'Toole
                              Clerk of Court